GOLDEN GATE YACHT CLUB, Appellant, v SOCIÉTÉ NAUTIQUE DE GENÈVE, Respondent, and CLUB NÁUTICO ESPAÑOL DE VELA, Intervenor-Defendant.

Submitted January 5, 2009; decided January 13, 2009

Motion by Deutscher Challenger Yacht Club et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

ALAN M. GOLDSTON, as Assignee of GOLDSTON & SCHWAB, LLP, Respondent, v BANDWIDTH TECHNOLOGY CORP. et al., Appellants.

Submitted November 3, 2008; decided January 13, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v J.W. HARDY, JR., Appellant.

Submitted December 29, 2008; decided January 13, 2009

Motion for assignment of counsel granted and James S. Hinman, Esq., 16 East Main Street, Suite 260, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v L. DENNIS KOZLOWSKI, Appellant.

Submitted December 8, 2008; decided January 13, 2009

Motion for reargument denied [see 11 NY3d 223 (2008)].